```
                                          FILED

                                    07 JUN 22 PM 1:07

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:        PDL        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD OF JOY A SALON - SOLANA BEACH; DIXIE ONSWORTH d.b.a. DIVA SALON a.k.a. WORLD OF JOY A SALON; MAGANDA CORPORATION; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 06cv1917 BEN (CAB)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, through their respective attorneys of record that ALL Defendants are

Document Date: June 19, 2007

1  dismissed **without** prejudice from Plaintiffs' Complaint, Case
2  Number: 06cv1917 BEN (CAB). Additionally, Plaintiffs' Complaint
3  is dismissed **WITHOUT PREJUDICE** in its entirety.

**IT IS SO ORDERED.**

Dated: 6/20/07

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

Document Date: June 19, 2007